# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF TEXAS
### DALLAS DIVISION

| JUDGE:   IRMA CARRILLO RAMIREZ | |
|---|---|
| DEPUTY CLERK Marie Castañeda | COURT REPORTER/TAPE NO: FTR |
| LAW CLERK: | USPO/PTSO: |
| INTERPRETER: | COURT TIME: 2:46 - 2:56; 3:02-3:05 |
| A.M. | P.M. 2:00 | DATE:  December 18, 2018 |

☐MAG. NO.     ☑DIST. CR. NO.  3:18-cr-00623-S *SEALED*        USDJ Judge Karen Gren Scholer

UNITED STATES OF AMERICA            §   DOUG BRASHER_____, AUSA
                                    §
v.                                  §   _____ ☐
                                    §
                                    §   CAMERON SMITH (R)_____ ☐
DUSTIN  RALL (3)                    §   COUNSEL FOR DEFENDANTS APPT – (A), Retd – (R), FPD – (F)

☑INITIAL APPEARANCE  ☐IDENTITY ☐BOND HEARING  ☐PRELIMINARY HEARING
☐ DETENTION HEARING  ☐COUNSEL DETERMINATION HEARING  ☐REMOVAL HEARING  ☐EXTRADITION HEARING
☐ HEARING CONTINUED ON _____ CASE NO. _____ ☐OTHER DISTRICT  ☐DIVISION
☑DATE OF FEDERAL ARREST/CUSTODY: 12/18/2018  ☐SURRENDER_____
☐ RULE 5/32 ☐APPEARED ON WRIT
☑DEFT FIRST APPEARANCE. DEFT ADVISED OF RIGHTS/CHARGES ☐PROBATION/SUPERVISED RELEASE VIOLATOR
☑DEFT FIRST APPEARANCE WITH COUNSEL.
☐ DEFT ☐MW (MATERIAL WITNESS) _____ APPEARED ☐WITH ☐WITHOUT COUNSEL
☐ REQUESTS APPOINTED COUNSEL.
☐ FINANCIAL AFFIDAVIT EXECUTED.
☐ ORDER APPOINTING FEDERAL PUBLIC DEFENDER.
☐ PRIVATE COUNSEL APPOINTED _____
☑DEFT HAS RETAINED COUNSEL CAMERON SMITH_____
☐ ARRAIGNMENT SET ☐DETENTION HEARING SET _____

☐ PRELIMINARY HEARING SET _____     ☐BOND HEARING SET _____
☐ COUNSEL DETERMINATION HEARING SET _____
☐ IDENTITY/REMOVAL HEARING SET _____
☑BOND ☑SET ☐REDUCED TO $ _____ ☐CASH ☐ SURETY ☐10% ☑PR ☐UNS ☐3RD PTY ☐MW
☐ NO BOND SET AT THIS TIME, ___ DAY DETENTION ORDER TO BE ENTERED.
☐ ORDER OF TEMPORARY DETENTION/COMMITMENT PENDING HEARING ENTERED.
☐ ORDER OF DETENTION PENDING TRIAL ENTERED.
☑DEFT ADVISED OF CONDITIONS OF RELEASE.
☐ BOND EXECUTED ☐DEFT ☐MW RELEASED ☐STATE AUTHORITIES ☐INS
☐ DEFT ☐MW  REMANDED TO CUSTODY.
☐ DEFT ORDERED REMOVED TO ORIGINATING DISTRICT.
☐ WAIVER OF ☐PRELIMINARY HEARING ☐RULE 5/32 HEARING ☐DETENTION HEARING
☐ COURT FINDS PROBABLE CAUSE ☐ID ☐PC.
☐ DEFT FAILED TO APPEAR. ORAL ORDER FOR ISSUANCE OF BENCH WARRANT.
☐ GOVERNMENT TO NOTIFY FOREIGN CONSULAR.
☐ REMARKS:_____

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS

**FILED**

DEC 1 8 2018

CLERK, U.S. DISTRICT COURT
By_____
Deputy