**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| v. | § | Case No. 3:18-cr-00623-S *SEALED* |
| DUSTIN RALL (3) | § § § | |

### ENTRY OF APPEARANCE OF COUNSEL

I wish to enter my appearance as **retained** counsel for the above-named defendant(s) in this cause.

I understand that it is my duty to continue to represent the named defendant(s) in connection with all matters relating to this case, and in connection with all proceedings therein in this Court; to assist him with any appeal which he desires to perfect, and to represent him on appeal until a final judgment has been entered; unless and until, after written motion filed by me, I am relieved by Order of the Court.

In all cases an arraignment is scheduled promptly after the return or filing of an indictment or information, at which time the defendant must enter a plea. Your attention is directed to Rule 12, Federal Rules of Criminal Procedure, pertaining to pretrial motions.

DATED: 18 day of December, 2018

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
DEC 18 2018
CLERK, U.S. DISTRICT COURT
By _____
Deputy

_____
Signature of Attorney

M. Cameron Smith
Attorney Name (Please Print)

24054967
Attorney Bar Number

3131 Turtle Creek Blvd, Ste 901
Street Address

Dallas, TX 75219
City, State, Zip

cameron@cameronsmithlaw.com
E-mail Address

214 396 5180
Telephone Number (including area code)

214 382 9479
Fax Number