UNITED STATES DISTRICT COURT
PROBATION AND PRETRIAL SERVICES
NORTHERN DISTRICT OF TEXAS



## Release Status Report to the Court

| | |
|---|---|
| Defendant: Dustin Rall | Docket No.: 3:18-CR-00623(3) |
| To Appear on: July 10, 2024 | For: ☐ Plea  ☐ Trial  ☒ Sentencing |
| Before Judge: U.S. District Judge Karen Gren Scholer | |
| Initial Appearance Date: December 12, 2018 | Release Date: December 18, 2018 |
| Magistrate Judge: U.S. Magistrate Judge Irma C. Ramirez | |

Conditions of Release

- ☐ Third Party Custody to Other:
- ☒ Pretrial Supervision
- ☐ Nonsupervision
- ☒ Seek/Maintain Employment:
- ☒ Surrender Passport
- ☐ Do Not Obtain Passport
- ☒ Refrain from Possessing a Firearm, Destructive Device, or Other Dangerous Weapon
- ☒ Refrain from Excessive Use of Alcohol or Any Controlled Substance Without a Prescription
- ☒ Drug/Alcohol Monitoring
- ☐ Submit to Counseling as Deemed Appropriate by Pretrial Services
- ☐ Electronic Monitoring
- ☐ Execute a Bail Bond:

☒ Travel Restrictions:  Travel restricted to Texas; Defendant to file motion with Court for out of state travel.

☒ Other:  May not submit or cause to be submitted any billing to any federal health care program. Do not possess ammunition.

Defendant has Met Conditions of Release:  Yes

This officer has not received information to cause her to believe the defendant poses a risk of nonappearance or a danger to another person or the community.

Upon conviction, the defendant may be subject to the requirement of 18 USC § 3143(a)(1) that he be detained unless the judicial officer finds by clear and convincing evidence that the person is not likely to flee or pose a danger to the safety of any other person or the community if released under 18 USC § 3142(b) or (c). Therefore, this officer does not make a recommendation as to issue of future detention.

Executed on July 09, 2024

s/Lindsey Lee
  U.S. Probation Officer
  Fort Worth Office
  817-840-0751

Approved,

s/Staci Bradford
  Supervising U.S. Probation Officer
  Fort Worth Office
  817-900-1858